FILE COPY

No. 07-15-00152-CV

| | | |
|---|---|---|
| Joe Adam Ramirez and Frederick Q. Herrod<br>  Appellants | § <br> § | From the 53rd District Court<br>  of Travis County |
| v. | § | November 19, 2015 |
| Rissie Owens and Texas Board of Pardons and Paroles<br>  Appellees | § | Opinion by Chief Justice Quinn |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 19, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o